| | |
|---|---|
| 1 | ELISA J. STEWART (CSB# 219557) |
| 2 | Attorney At Law<br>214 Duboce Avenue |
| 3 | San Francisco, California 94103<br>Telephone: 415 595-3622 |
| 4 | Facsimile: 415 276-6307 |
| 5 | Attorney for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 4 05 70076 MEJ (CR 05-0488 WHA) |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **[PROPOSED] ORDER TO EXONERATE PROPERTY BOND** |
| MOHAMMADULLAH AMERKHAIL | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING WHEREFOR, IT IS HEREBY ORDERED that the property bond posted by Malahat M. Amin and Abdul Alocozy located at 7707 Hillview Court, Tracy, California 95304, as security for bail in the above-entitled matter is hereby exonerated. The Clerk shall execute a Deed of Reconveyance for this property forthwith.

IT IS SO ORDERED.

Dated: __2-8-06_____, 2006

_____
HON. MARIA ELENA JAMES
Judge of the United State District Court

*USA vs Amer,* CR 4 05 70076 MEJ
Order Exonerating Property Bond